TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264

JAMES R. SWEETIN
Assistant United States Attorney
Nevada Bar No. 5144
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6336
James.Sweetin@usdoj.gov

*Attorneys for the Federal Respondents*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Saudro Sauz-Flores,<br><br>Petitioner,<br><br>v.<br><br>Department of Homeland Security, *et al.,*<br><br>Respondents. | Case No. 2:26-cv-02840-APG-MDC<br><br>**Stipulation to Dismiss Petition for Writ of Habeas Corpus (ECF No. 5) Based on Mootness** |

Petitioner Saudro Sauz-Flores ("Petitioner") and Federal Respondents, through undersigned counsel, herby stipulate to Dismiss Petitioner Saudro Sauz-Flores' Petition for Writ of Habeas Corpus (ECF No. 5) because the Petitioner's claims are moot.

On September 10, 2026, the Petitioner was removed from the United States, which

///

///

///

///

///

renders the claims in the Petitioner's petition moot. For these reasons, the Petitioner's petition should be dismissed.

Respectfully submitted this 25th day of September 2026.

Rene L. Valladares
Federal Public Defender

*/s/ Ebise Bayisa*
EBISE BAYISA
Assistant Federal Public Defender
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 20002
(702) 388-6577
Ebise.Bayisa@fd.org
*Attorney for Petitioner*

TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ James R. Sweeting*
JAMES R. SWEETIN
Assistant United States Attorney
*Attorneys for the Federal Respondents*

IT IS SO ORDERED:

Dated: September 28, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE